■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS CONNERS, Appellant. [692 NYS2d 343] —Judgment, Supreme Court, New York County (Rena Uviller, J., on pretrial motions; Herbert Altman, J., at hearing; Michael Obus, J., at jury trial and sentence), rendered March 27, 1996, convicting defendant of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

The identifications of defendant by the purchasing and "ghost" undercover officers were properly found to be confirmatory notwithstanding the passage of 1½ hours between their encounter with defendant in the buy and bust operation and the identifications (see, People v Montgomery, 88 NY2d 926; People v Roberts, 79 NY2d 964). We have considered and rejected defendant's remaining arguments. Concur—Mazzarelli, J. P., Wallach, Rubin, Andrias and Saxe, JJ.